FILED
MAY 1 4 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W13CR135  |
| Plaintiff, | * | **INDICTMENT** |
| V. | * | [VIO: 29 U.S.C. 501(c) – Embezzlement and Theft of Labor Union Assets] |
| JOHNNY TORRES, JR., | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

From in or around March, 2011, up until and continuing to at least January, 2012, the exact dates unknown to the United States, in the Western District of Texas, Defendant,

**JOHNNY TORRES, JR.,**

while an officer, that is Financial Secretary, and being employed, directly or indirectly by the Glass Molders Plastics Local 259, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use and the use of another, the moneys, funds, securities, property, and other assets of said labor union in the approximately amount of $9,947.37, in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:   SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: /s/ GREGORY S. GLOFF
GREGORY S. GLOFF
Assistant United States Attorney

SEALED ___X___

UNSEALED _____

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE: __05-14-2013__   MAG CT. #_____   CASE NO. **W13CR135**

COUNTY: __McLENNAN__

JUDGE WALTER S. SMITH, JR.

ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF_____

DEFENDANT: __JOHNNY TORRES, JR.__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican ____   Other _____

INTERPRETER NEEDED:   Yes ____   No __X__   Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO__   WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION _____   INDICTMENT __X__

OFFENSE: (Code & Description):   __29 U.S.C. 501(c) – Embezzlement and Theft of Labor Union Assets__

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: __Not more than 5 years custody; not more than $10,000 fine; $100 special assessment; not more than 3 years TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ████████████████